

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Eastern

1:24-cv-12493
Judge April M. Perry
Magistrate Judge Jeannice W. Appenteng
RANDOM CAT 2

**Disgrase Felyer**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Chicago Mary Richardson-Lowry, Heller and Frisone Ltd Nicholas Frisone Adam Pellizzari, Barrister Invesitgations & Fillings Service Inc Robert Siller and Jose Pena

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ✔ Yes ☐ No

**FILED**
DEC 05 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Disgrase Felyer |
| Address | 1300 w Northwest Highway |
| | Mount Prospect, IL 60056 |
| County | Cook |
| Telephone Number | 773-272-8839 |
| E-Mail Address | rfr61974@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | City of Chicago, Mary Richardson-Lowry |
| Job or Title (if known) | Corporation Counsel |
| Address | 121 N Lasalle St # 600 |
| | Chicago, IL 60602 |
| County | Cook |
| Telephone Number | 312-747-0220 |
| E-Mail Address (if known) | mary.richardson-lowry@cityofchicago.org |

[ ] Individual capacity   [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Heller and Frisone Ltd, Nicholas Frisone, Adam Pellizzari |
| Job or Title (if known) | Special Assistant Corporation Counsel |
| Address | 200 w Monroe # 660 |
| | Chicago, IL 60606 |
| County | Cook |
| Telephone Number | 312-236-3644 |
| E-Mail Address (if known) | nick@hellerandfrisone.com |

[ ] Individual capacity   [✔] Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Barrister Invesitgations & Filings Service, Robert Siller, Jose Pena |
| Job or Title *(if known)* | Registered Employees |
| Address | 212 N Chicago st. 3rd Floor |
| | Joliet / IL / 60432 |
| | *City / State / Zip Code* |
| County | Cook |
| Telephone Number | 815-306-3310 |
| E-Mail Address *(if known)* | unkown |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Violation of my right to Due Process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
City of Chicago hired Heller and Frisone to file an action in Cook County Court to collect an unpaid debt. Heller and Frisone never provided me with service, notice, or process. The City hired Barrister Detective Agency to serve me Barrister had no legal authority by the court to get involved in this case and never served me.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Cook County Circuit Court

B. What date and approximate time did the events giving rise to your claim(s) occur?
12/7/22, 12/17/22, 1/17/23, 2/14/23, and 10/13/23

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On 12/7/22 Attorney Pellizzari filed a case in Cook County Court 20221657262 as Special Assitant Corporation Counsel for the city. No summons was ever issued by the clerk and the sheriff was never hired to serve. Barrister was hired to serve citation notices and citations. Barrister was never granted permission by the court to get involved in this case which is required by the Illinois Rules Of Civil Procedure. Mr Siller and Pena for Barrister "detective agency" submitted 3 Affidavits of Non-Service in this case stating that service was attempted on 6 different times. All address attempted were address known not to be my current address that was properly updated with the Illinois Sectretary of State on 6/28/22. The rules of proceedure and Illinois Supreme Court Rules also allowed service my certified mail return receipt, email, and text message. None of these methods were ever motioned to the court. Meanwhile i had an active case going on against Heller and Frisone and the city. Which means i was in constant contact with Attorney Frisone but he decided not to imform me of case number 20221657262. I was never served or attempted to be served with an assest information form. This form is required by the Illinois Rules of Procedure to be served upon me to obtain a judgment. 10/13/23 judgment entered.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$2,673.85 was taken from my bank account on 10/13/23 which was all the money i had in the account. I request for each Defendenat to pay me $333,333.33 for violating my right to due process. I believe this will cover the money taken from me, the money i will spend on court costs and other legal fees, and the lost time i will incur trying to win this case.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/04/2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Disgrase Felyer

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City  State  Zip Code

Telephone Number
E-mail Address